An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CURTIS RANDALL BARKER,
                     Appellant,
             vs.
THE STATE OF NEVADA,
                     Respondent.

No. 68486

**FILED**

DEC 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "Motion for Revisitation of Issue of Credits for Actual Time Served." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, an order denying a motion for revisitation is not appealable, *see Phelps v. State*, 111 Nev. 1021, 1022-23, 900 P.2d 344, 344-45 (1995). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]Although appellant has not been granted permission to file documents in this matter in proper person, see NRAP 46(b), we have received and considered appellant's proper person documents.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-36547

cc: Hon. William D. Kephart, District Judge
Curtis Randall Barker
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk